### TUTTLE et al. v. LEHIGH VALLEY R. CO. et al.

(Circuit Court of Appeals, Second Circuit. March 20. 1922.)

#### No. 183.

Appeal from the District Court of the United States for the Southern District of New York.

Suit in admiralty for collision by Frank B. Tuttle and Winthrop M. Tuttle, doing business as S. Tuttle's Son & Co., against the Lehigh Valley Railroad Company and the Cornell Steamboat Company. Decree for complainants against the Cornell Steamboat Company (281 Fed. 212), from which it appeals. Affirmed.

Kirlin, Woolsey, Campbell, Hickox & Keating and Robert S. Erskine, all of New York City, for appellant.

T. L. Bailey, of New York City, for appellees Tuttle.

C. M. Sheafe. Jr., and James T. Kilbreth, both of New York City, for appellee Lehigh Valley R. Co.

Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.